# United States Court of Appeals
# for the Fifth Circuit

No. 24-11030
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 21, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Meliton Olvera-Gamez,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CR-130-1

Before King, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

Meliton Olvera-Gamez appeals following his guilty plea conviction for illegal reentry into the United States after deportation. He argues on appeal that the enhanced sentencing range in 8 U.S.C. § 1326(b) is unconstitutional. He concedes that the issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), but he wishes to preserve it for further review.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-11030

The Government has filed an unopposed motion for summary affirmance, agreeing that the issue is foreclosed by *Almendarez-Torres*. Alternatively, the Government requests an extension of time to file its brief.

As he concedes, Olvera-Gamez's sole appellate argument is foreclosed by *Almendarez-Torres*. *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019); *see also Erlinger v. United States*, 602 U.S. 821, 838 (2024) (explaining that *Almendarez-Torres* "persists as a narrow exception permitting judges to find only the fact of a prior conviction" (internal quotation marks and citation omitted)). Because the Government's position "is clearly right as a matter of law so that there can be no substantial question as to the outcome of the case," *Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), the Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.